Case 4:22-cv-00494   Document 7   Filed on 05/28/22 in TXSD   Page 1 of 7

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>*Plaintiff/Petitioner,*<br><br>v.<br><br>**JAY T. COMEAUX,**<br><br>*Defendant/Respondent.* | Case No.: 4:22-cv-00494 |

### JUDGMENT ENFORCING THE ORDER OF THE SECURITIES AND EXCHANGE COMMISSION AGAINST JAY T. COMEAUX

Petitioner, the Securities and Exchange Commission ("SEC" or the "Commission"), has applied to the Court for an Order pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e)(1), and Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), to enforce the Commission's February 17, 2017 Order directing Jay T. Comeaux to pay disgorgement of $3,097,964.50, pre-order interest of $495,011.00, a $289,010.00 civil monetary penalty and other accrued interest to the Commission. Respondent Jay T. Comeaux ("Comeaux") has consented to the SEC's application. Upon consideration of the SEC's application and Comeaux's consent, it is hereby:

**I.**

*(Document No. 1)*

**ORDERED, ADJUDGED AND DECREED** that the SEC's application is GRANTED.

**II.**

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Comeaux shall comply with the Commission's February 17, 2017 Order by paying to the Commission the remaining balance owed under that Order for disgorgement and pre-order interest, in the amount of

$2,089,151.56, and civil penalty, in the amount of $289,010.00, together with interest applied pursuant to SEC Rule of Practice 600, 17 C.F.R. § 201.600, and 31 U.S.C. § 3717.

Comeaux may transmit payment in one of the ways set forth in Section III, below. Comeaux shall simultaneously transmit photocopies of evidence of payment and case identifying information to the SEC's counsel in this action. By making this payment, Comeaux relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to him.

### III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Comeaux shall make payment in one of the following ways:

(1) Pay by wire transfer (the SEC will provide ACH transfer/Fedwire instructions upon request);

(2) Pay from a bank account via Pay.gov, accessed through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3) Pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> HQ Bldg., Room 181, AMZ-341
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter stating that Comeaux is the Respondent in this matter, and must include the name of this Court and the docket number.

Amounts ordered to be paid as civil money penalty pursuant to this Order shall be treated as penalties paid to the government for all purposes, including all tax purposes.

## VII.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the Application are true and admitted by Comeaux, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Comeaux under this Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for violations by Comeaux of the federal securities laws or other regulations or orders issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

Dated: _May 28_, 2022.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>*Plaintiff/Petitioner,*<br><br>v.<br><br>**JAY T. COMEAUX,**<br><br>*Defendant/Respondent.* | Case No.: **4:22-cv-00494** |

**CONSENT OF RESPONDENT JAY T. COMEAUX TO ENTRY OF JUDGMENT ENFORCING ORDER OF THE SECURITIES AND EXCHANGE COMMISSION**

1. Respondent Jay T. Comeaux ("Comeaux") waives the service of a summons and complaint or other process in this action, enters a general appearance, and consents to the Court's jurisdiction over Comeaux and over the subject matter of this action. Comeaux further consents to the entry of a Judgment by this Court which will incorporate the terms of this Consent.

2. On February 17, 2017, the Securities and Exchange Commission ("SEC" or "Commission") entered an Order Making Findings and Imposing Disgorgement and Civil Penalties ("Order") against Comeaux pursuant to Section 17(a) of the Securities Act of 1933 ("Securities Act"), Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 thereunder, and Sections 206(1) and 206(2) of the Investment Advisers Act of 1940 ("Advisers Act").

3. The Order required Comeaux to pay disgorgement of $3,097,964.50, pre-order interest of $495,011.00, and a civil penalty of $289,010.00.

4. Comeaux did not seek review of the Order, and his time to do so has expired.

5. On February 15, 2022, the SEC filed its Application with this Court for an order under Section 20(c) of the Securities Act, Section 21(e) of the Exchange Act, and Section 209(d) of the Advisers Act, enforcing compliance with the Commission's Order.

6. Comeaux hereby consents to the granting of the SEC's Application and entry of a Judgment by this Court enforcing the Commission Order pursuant to Section 17(a) of the Securities Act, Section 10(b) of the Exchange Act of 1934 and Rule 10b-5 thereunder, and Sections 206(1) and 206(2) of the Advisers Act of 1940 ("Advisers Act"). Further, Comeaux agrees that the Judgment shall contain the provisions set forth herein.

7. As of February 15, 2022, a total of $1,753,751.68 has been credited to the disgorgement, pre-order interest and civil penalty imposed by the Commission in its Order, as well as to post-order interest. The remaining balance owed by Comeaux under the Commission's Order is $2,089,151.56 in disgorgement and pre-order interest, plus post-order interest which is accruing daily, together with $289,010.00 in civil penalty, plus post-order interest which is accruing daily.

8. All payments made by Comeaux shall be applied first to post-order interest pursuant to 28 U.S.C. § 1961, then to the balance due on disgorgement and pre-order interest and the civil penalty.

9. The Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to disgorgement and prejudgment interest through civil contempt and/or other collection procedures authorized by law.

10. The Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 – 3308.

Dated: 4/April 2022, 2022

_____
JAY T. COMEAUX

STATE OF TEXAS :
COUNTY OF Harris :

On April 4, 2022, Jay T. Comeaux personally appeared before me and acknowledged executing the foregoing Consent.

_____
Notary Public

My Commission Expires:
8/23/22

GARY K F CAIN
121371
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUGUST 23, 2022

4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff/Petitioner,*<br><br>v.<br><br>JAY T. COMEAUX,<br><br>*Defendant/Respondent.* | Case No.: **4:22-cv-00494** |

## CERTIFICATE OF SERVICE

On May 9, 2022, John P. Tavana served filed copies of the Consent of Respondent Jay T. Comeaux to Entry of Judgment Enforcing Order of the Securities and Exchange Commission, together with the Proposed Judgment Enforcing the Order of the Securities and Exchange Commission, on Defendant/Respondent Jay T. Comeaux ("Comeaux"), by email, at the address jcomeaux250@gmail.com.

Dated: May 9, 2022

s/*John P. Tavana*
JOHN P. TAVANA